UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
―――――――――――――――――――――――――――――――――

UNITE HERE RETIREMENT FUND AND
TRUSTEE OF THE UNITE HERE
RETIREMENT FUND,

                                              19-CV-3855 (JGK)(KNF)

           Plaintiffs,

                                              ORDER

    - against –

P.D. 33 STREET CORP. AND JOHN DOES
ONE THROUGH TEN,

           Defendants.
―――――――――――――――――――――――――――――――――

**JOHN G. KOELTL, District Judge:**

    The defendants' time to file a response to the Objections to the Report and Recommendation is September 4, 2020.

**SO ORDERED.**

**Dated:**    **New York, New York**
               **August 20, 2020**

                                               /s/ John G. Koeltl
                                                 **John G. Koeltl**
                                       **United States District Judge**