UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITE HERE RETIREMENT FUND and
TRUSTEES OF THE UNITE HERE
RETIREMENT FUND

     Plaintiffs,

- against -

P.D. 33 STREET CORP. ET AL.

     Defendants.

19 cv 3855 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

On June 10, 2020, the plaintiffs filed Objections to a Report and Recommendation of Magistrate Judge Fox dated May 27, 2020. The defendants have not filed any response to those Objections. The time for the defendants to respond to the plaintiffs' Objections is extended to October 27, 2020. If the defendants fail to file any response, the Court will decide the Objections on the papers already submitted.

SO ORDERED.

Dated: New York, New York
    October 14, 2020

              _____
               John G. Koeltl
             United States District Judge