**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
UNITE HERE RETIREMENT FUND and
TRUSTEES OF THE UNITE HERE
RETIRMENT FUND,

                 Plaintiffs,                               19 **CIVIL** 3855 (JGK)

        -against-                                   **JUDGMENT**

P.D. 33 STREET CORP., ET AL.,
                Defendants.
-----------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Opinion and Order dated November 9, 2020, the Court has considered all of the arguments raised by the parties. To the extent not specifically addressed, the arguments are either moot or without merit. For the reasons explained above, the Court declines to adopt the Report and Recommendation of the Magistrate Judge with respect to the plaintiffs' award of damages, attorney's fees, and costs. Judgment is entered in favor of plaintiffs and against P.D. in the following amounts: (1) $1,123,010.01 in damages, consisting of withdrawal liability, liquidated damages, and interest; (2) $6,230 in attorney's fees; and (3) $1,387 in costs, for a total of $1,130,627.01; accordingly, this case is closed.

**Dated:** New York, New York
            November 10, 2020

                                                              **RUBY J. KRAJICK**
                                                               _____
                                                               Clerk of Court
                                                   **BY:**
                                                                  Deputy Clerk